IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Unique S. Butler | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. WMN-13-430 |
| | ) |
| PP&G, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF HER CLAIMS AGAINST DEFENDANT NORMA JEAN'S NITE CLUB, WITHOUT PREJUDICE**

Plaintiff, by and through undersigned counsel, hereby submits her Notice of Voluntary Dismissal of her claims against Defendant NORMA JEAN'S NITE CLUB, Without Prejudice, and in so doing hereby voluntarily strikes her claims against Defendant NORMA JEAN'S NITE CLUB in this Action. In support, Plaintiff states as follows:

1. Plaintiff has decided to Voluntary Dismiss her claims against Defendant NORMA JEAN'S NITE CLUB, Without Prejudice.

" _APPROVED_ " THIS _13th_ DAY
OF _May_ , 20_13_
_[signature]_
SENIOR UNITED STATES DISTRICT JUDGE

1

2. According to Federal Rule of Civil Procedure 41(a)(1) "an action may be dismissed by the Plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs..."

3. Defendant NORMA JEAN'S NITE CLUB has not filed an Answer in the instant case, nor has Defendant NORMA JEAN'S NITE CLUB filed a motion for summary judgment.

4. As Defendant NORMA JEAN'S NITE CLUB has not filed any of the responsive pleadings, as recognized by Rule 41(a)(i) or this Circuit, which would extinguish Plaintiff's right to notice its voluntary dismissal, Plaintiff is, according to Federal Rule of Civil Procedure 41(a), entitled to voluntarily dismiss Defendant NORMA JEAN'S NITE CLUB in this instant action without prejudice and without an order from this Court.

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

A. Voluntary Dismissal of her claims against Defendant NORMA JEAN'S NITE CLUB, Without Prejudice.

                                                    Respectfully submitted,

                                                    _____/s/_____

                                                  Jimmy A. Bell, Esq.
                                                  Law Offices of Jimmy A. Bell, P.C.
                                                  P.O. Box 639
                                                  Oxon Hill, MD 20750
                                                  Tel.: (301) 661-1165
                                                  Fax: (301) 298-5194
                                                  Bar # MD 14639