AOL Mail - Message View    Case 1:13-cv-00430-WMN   Document 10-4   Filed 05/30/13   Page 1 of 1    Page 1 of 1



**RE: Unique S. Butler v. PP & G, Inc. Case # WMN-13-430 - Discovery**

From: jct <jct@themelisfirm.com>
To: jimbellesq <jimbellesq@aol.com>
Date: Thu, Apr 25, 2013 10:35 am

Mr Bell

Are you going to dismiss "Norma Jeans Nite Club" from the case in that it is a trade name and not a leagal entity. Please advise. Thank you

JCT

John C. Themelis
Themelis Firm, LLC
4610 Eastern Avenue
Baltimore, Maryland 21224
telephone 410-467-3400
fax 443-438-3000

This email may be subject to the Attorney Client Privilege and/or is the result of the work product of an Attorney and, as such, any privilege or confidentiality is not waived if received by someone to whom it was not intended. If you receive it by error, please contact this Office and delete it from your computer. All reasonable expectations of privacy are reserved.

-------- Original Message --------
Subject: Unique S. Butler v. PP & G, Inc. Case # WMN-13-430 - Discovery
From: jimbellesq@aol.com
Date: Wed, April 24, 2013 12:40 pm
To: jct@themelisfirm.com, jimbellesq@aol.com

Counsel,

Please find attached Plaintiff Request for Admissions and Request for Documents. Hard Copies are in the Mail.

Jim Bell

http://webmail1.mail.aol.com/37752-111/aol-6/en-us/Lite/MsgRead.aspx?folder=OldMail...    5/29/2013