IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Unique S. Butler | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. WMN-13-430 |
| | ) |
| PP&G, INC. | ) |
| | ) |
| | ) |
|   Defendant. | ) |
| | ) |

**PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff by and through undersigned counsel, submits this Second Motion for Partial Summary Judgment and accompanying Memorandum of Points and Authorities in support of her Motion for Partial Summary Judgment ("Motion") against Defendant on the issue of whether the Plaintiff was an employee or an independent contractor under both the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq*. ("FLSA") and under the Maryland Wage Payment and Collection Law ("MWPCL"), Maryland Code, Labor and Employment Article §§ 3-501 *et seq*.

Respectfully submitted,

___/s/_____
J. Wiggs, Esq.
The Wiggs Law Group, LLC
9701 Apollo Drive
Suite 301
Upper Marlboro, MD 20774
240-326-3711
Counsel for Plaintiff