# Entertainers Application

| Stage name | Date |
|---|---|
| Dior | Jan 29, 2010 |

| Name (Last, First, Middle) | D.O.B |
|---|---|
| B. Marcy Butler | 5/17/89 |

| Address | Sex |
|---|---|
| 11715 Apt A Barrett's Delight Dr. | M  (F) |

| City, State, Zip | Verified by? PLS initial. |
|---|---|
| Cooksville, MD | X |

| Type of ID | ID NO. |
|---|---|
|  |  |

| Description: Ht | Weight | Race |
|---|---|---|
|  |  | blk |

| Eye color | Hair color | Other (scars, Marks, Tatoos) |
|---|---|---|
|  | brown |  |

I certify the above information to be true and correct. I furthermore understand that I am an independent contractor responsible for my own taxes and other witholding, (Worker's comp, FICA, etc.).

Signature _____

Date _____ Phone 202-629-8791