IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNIQUE S. BUTLER | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. WMN-13-430 |
| PP & G, INC. | * | |
| DEFENDANT | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT'S RESPONSE TO PLAINTIFF'S

SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant by and through undersigned, submits the Defendant's Response to Plaintiff's Second Motion for Partial Summary Judgment and accompanying Memorandum of Points and Authorities in support of its Opposition to Plaintiff's Second Motion for Partial Summary Judgment on the issue of whether the Plaintiff was an employee or an Independent Contractor under both the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. Sec. 201 et seq. ("FLSA") and under the Maryland Wage Payment and Collection Law ("MWPCL"), Maryland Code, Labor and Employment Article Sec. 3-501 et seq.

Respectfully submitted,

_____/s/_____

John C. Themelis
Themelis Firm, LLC
4610 Eastern Avenue
Baltimore, Maryland 21224
410-467-3400
Fax 443-438-3000
jct@themelisfirm.com