|  |  |
|---|---|
| ) | IN THE UNITED STATES DISTRICT |
| ) | COURT |
| ) | FOR THE DISTRICT OF MARYLAND |
| Unique S. Butler ) |  |
| Plaintiff ) |  |
| v. ) | Civil Action No. WMN-13-430 |
| PP&G, INC. ) |  |
| Defendant. ) |  |

### AFFIDAVIT OF SHAQUETTA DAUGHTERY

I ,Shaquetta Daughtery ,who is an Independent Contractor engaged as an "ENTERTAINER" at PP&G ,Inc doing business as Norma Jean's Nite Club, fully understand that I had agreed to provide services, as an independent contractor at 10 Custom House Avenue located in Baltimore City ,Maryland 21202 (telephone at Norma Jeans is 410-625-0680) for more than thirteen(13) years. I have ,over the years, consistently made substantially more money ,by selecting my own hours and days to entertain the customers ' entertaining twenty five(25) hours or more but never more than thirty nine (39) hours during any week.. I know based on my personal knowledge ,that all of the other "Entertainer" that I have worked with ,including Unique Stacey Butler have worked the same or less hours as I had worked, but Unique Stacey Butler worked substantially less. Both of us entertained ,usually in the evening from around 8:00pm until about 1:30am. but Unique Butler would come into work after 8:00 pm (ie between 9:00-9:30 pm or latter and left before midnight) . When originally hired I signed an election to be an Independent contractor acknowledging that I will be solely responsible for payment of all income taxes and ,workers compensation insurance, and the like .I know that all the other Independent Contractors signed the same agreement .

I have , within the last six(6)months , rejected the offer of employment as an employee at PP&G, Inc at the Federal minimum wage as a tipped employee electing to remain as an Independent Contractor. As an independent contractor ,I understand, and was advised when I rejected the offer to be an employee, that I was and am solely responsible for all related income/self-employment taxes and all other income taxes and also are entitled to all self employment deduction consistent with IRS and Maryland Self employed income guidelines. All of the other "Entertainers" who entertained during the same hours and days that I entertained agreed that they were similarly advised and refused to become an employee instead of an Independent Contractor.

1. I acknowledge that I was advised that I was and I am solely responsible for any medical or other costs arising out of any bodily injury or property damage sustained while providing services as an independent contractor ,and I have spoken to other "Entertainers" who acknowledged that they were similarly advised.

2. No one ever told me what day or what time to report to entertain or that I must dance on the stage or what outfits that I must wear when ,and if ,I dance on the stage as long as what I wear does not violate Maryland law or when I must leave or stop entertaining ,or what outfits or dresses or other clothing that I must wear to entertain when not dancing as long as what I wear does not violate Maryland law or that I must do lap dances or dance on stage .PP&G, Inc or anyone else never regulated the method or manner in which, I, ,as an independent Contractor performed . I have spoken to other "Entertainers" at PP&G ,Inc. ,who entertained during the same days and hours that I did, and they all acknowledged that they were similarly advised including .Unique Stacey Butler. ,and they all agreed that as an Independent Contractor , it allowed the "Entertainers" to also be engaged at other clubs as an "Entertainer" while engaged as an "Entertainer" at PP&G Inc. and the ability to do what they wanted when they wanted and allowed them to do what they did best according to the responses that I was given by other "Entertainers "over the last thirteen(13) years including those responses from Unique Stacey Butler.

3. I acknowledge that I and the other Independent Contractors have been and are solely are responsible for our own personal property and PP&G ,Inc is not responsible for lost, damaged or stolen items. based on my conversations when employed and periodic meetings when an independent was not following the laws related to independent contractor and the criminal laws related to the work of an entertainer. and the rules and regulations of the Liquor Board of Commissioners for Baltimore City or harassed ,intimidate, threatened or attempt to force a customer into giving a larger tip or insinuating that a larger tip would result in sexual favors that is prohibited by law and the rules of the Liquor Board. These meeting were not mandatory and open to all ,and there were never any sanctions ,fines, or other penalties for not attending. The meeting were important learning tools and for those of us who attended , and we were asked countless questions from the other entertainers who did not attend .I was advised while working, several times during the year, that each independent contractor was free at any time to terminate their Independent Contractor Agreement by notifying the General Manager of PP&G ,Inc,, of their intent to terminate this Agreement and further if anyone wanted to be paid the prevailing minimum hourly wage for a tipped employee of PP&G Inc ,any Contractor may notify the General Manager accordingly and that "Entertainer" would thereafter be paid at the Federal Minimum Prevailing Wage as a "Tipped" employee. In discussion with other "Entertainers", I learned that everyone on the days and hours that I worked, including Unique Stacey Butler aka "Dior" that from our discussions that everyone knew but they still did not want the change in that the rules are different in that the lap dance fees and the nonalcoholic beverage fees would belong to the CLUB and not the Independent contractors ,there would be fixed schedules, but all other tips including those while dancing on the stage and other tips would remain with the hourly "Entertainer".
   .
4. I understand that I am ,and always was ,free to set my own hours and days of the week in which I perform as an "Entertainer" at PP&G, Inc. and based on my discussions with the General Manager, and other Independent Contractors, I know that so were the other Independent Contractor able to set their own dates and times in which they wished to perform. I know that in the past and I have been told by the general manager that all Independent Contractors shall not be controlled by PP&G ,Inc in any way including but not limited to the method and manner and times in which I or any Independent Contractor perform as an "Entertainer" limited by law including not violating any criminal law statute or law, and not violating any rule or regulation of the Board of Liquor License

Commissioners for Baltimore City as to "Adult Entertainment" or any other area related to the business at PP&G ,Inc including harassing ,intimidated ,coercing, forcing or applying any undue pressure to the customer to force the payments of any tips or insinuating that payment of larger tips could result in sexual favors in return. I know and understand based on my personal knowledge and discussion with other Entertainers that entertained the days and hours that I entertained ,I know based on personal knowledge that I and the other entertainers that entertained with me including the Plaintiff ,Unique Stacey Butler aka "Dior" retained 100% of all tips that include 100% of all lap dance fees and tips related thereto and 100% of all non alcohol drinks and tips related thereto and 100% of all monies paid to me by customers while dancing on the stage(if I elect to dance ).I further know from personal discussions with other Independent Contractors including the Plaintiff, Unique Stacey Butler aka "Dior ",and my own experiences that we all can allow the Bartender to hold the fees for the lap dance ,along with the monies for the nonalcoholic beverages purchased for us by customers. 100% of all monies held for the benefit of the "Entertainer" is return in full when the "Entertainer" decides to leave. I have never heard about anyone not being repaid 100% of the monies that the Bartender is holding for the "Entertainer". when she is ready to leave.

5. I understand that no fines whatsoever ,no sanctions, and no penalties have been or shall be issued for any reason whatsoever in the future, including but not limited to not attending an education program related to the criminal laws and the rules and regulations of the Board of Liquor License Commissioners for Baltimore City or any other training program with regard to the Criminal laws that apply to the "Entertainers" and the Rules and Regulations of the Liquor Board.

6. All "Entertainers" had agreed orally to pay Management a fixed fee as set by the General Manager of PP&G ,Inc.. All employees and Independent Contractors are required to pay a maintenance fee(ie Employees pay $5.00 a day while Independent Contractors pay $45.00 per day). The independent Contractors pay more since they use all of the facilities as an "Entertainer" .When an "Entertainer" is entertaining for more than two or more hours on any day, then for the maintenance of the property of PP&G ,Inc including all equipment and cleaning costs ,the purchase and cleaning of towels and cleaning supplies, the maintenance of and repair of the amplification of the music systems, the alcoholic beverages purchased for the club along with cups ,straws ,and napkins, the general cleaning of the lap top dance area that houses five (5) chairs but no doors or areas from which a couple may be obstructed from the view of any other person, provided for the entertainers by PP&G ,Inc. ,and all other maintenance or repair of any property used by the independent contractors and /or used on behalf of the independent contractors. I have talked to many Entertainers including the Plaintiff and each understands that if any one of them for any reason has not earned enough to pay the maintenance fee, then it shall be waived without a fine ,penalty or any sanction of any kind I have had many discussions with other Entertainers and the Plaintiff and without exception and all Independent Contractors that in light of what they were making ,reimbursing the PP&G,INC was fair and the amount was minimal and was waived ,based on the honor system, if the Independent Contractor had not earned enough money to pay same and provide for her family ,as long as the waiver was not abused.

7. I know from my personal knowledge, and discussions with other Independent Contractors including the Plaintiff, that no one is required to dance and that there is no dance schedule preapproved by the Club based on my observations of the operation of the club and that no one is required to dance on the stage but if anyone elects to Dance, those Entertainers so electing to dance must elect to do so and agree to pay the DJ a fee to put them on the dance card and play the songs that they request. If

an Independent Contractor does not elect to dance ,then no fee is payable to the DJ.,I know from my personal knowledge and experiences and discussions with others who elected to dance, including the Plaintiff, that the dancers can /may dress in any manner allowed by law .As an independent Contractor , based on my personal knowledge and personal experiences ,and with my discussions with other dancers including the Plaintiff, there is no dress code and no one is expected or required by law to dance nude or to expose any parts of their body to the customer.

8. I know based on my personal knowledge ,and my discussion with other Independent Contractors, over the last thirteen (13) years as an Independent Contractor "Entertainer" at PP&G ,Inc and my discussions with other Entertainers who are Independent Contractors that PP&G ,Inc. its General Manager or any Officer of PP&G ,Inc or anyone else, based on my direct personal knowledge does not in any way control or dictate the method and manner of any Independent Contractor's dress or the method and manner in which any "Entertainer" entertains the customers while at PP&G, Inc. as an Independent Contractor serving as an "Entertainer" as long as they do not in any way violate any criminal law or statute or any rule or regulation of the Board of Liquor License Commissioners for Baltimore City or intimidate ,coerce, trick or in any other way force a client to tip her ,with or without ,a direct or implied promise of sexual favors in return.

9. I know that no 1099 or W2 will be issued me or to the other Independent Contractors ,based on my personal experiences over the last thirteen(13) from PP&G ,Inc. in that no monies are paid to any Independent Contractor, from PP&G ,Inc. I know that all of my income as an "Entertainer" and all the income for the other Independent Contractors ,including the Plaintiff ,Unique Stacey Butler aka "Dior" shall be in payments from the customer in the form of tips ,lap dances, nonalcoholic drinks and tips paid by customers while I or any other "Entertainer" dances on stage if I or they elect to dance as set forth above or tips paid at any other times.

10. I understand that there are no late fees or fines or penalties related to my role as an "Entertainer" or any other Independent Contractor since we all set our own schedule and the method and manner in which we perform. During the thirteen(13)years I have had many experiences, speaking to other Independent Contractors including the Plaintiff, and I have not heard of any penalty, fine or sanction ever being imposed on anyone for any reason and I have not personally ever been fined, penalized or been given any sanction for anything .

11. I know ,based on my personal knowledge, that several of the "Entertainers" as Independent Contractors, also are "Entertainers" at other Adult Entertainment businesses , in and out of State , while being engaged as a Independent contractor at PP&G ,Inc as an Entertainer.

12. All of the above were based on my personal knowledge and my interaction with the Plaintiff.

13. I am a medium build African American women in her thirties with a positive bubbly personality and presence and I know that PP&G ,Inc. engages females of all body sizes ,races ,ages, heights, all levels of prior experiences with an emphasis on personality and presence.

|  |  |
|---|---|
| ) | ) IN THE UNITED STATES DISTRICT |
| ) | ) COURT |
| Unique S. Butler | ) FOR THE DISTRICT OF MARYLAND |
| Plaintiff | ) |
| v. | ) Civil Action No. WMN-13-430 |
| PP&G, INC. | ) |
| Defendant. | ) |

**VERIFICATION OF ATTACHED AFFIDAVIT FROM , SHAQUETTA DAUGHTERY**

**I, SHAQUETTA DAUGHTERY, do hereby certify, swear ,or affirm that the contents of the Attached Affidavit ,are true and accurate, under the penalties of perjury , based on my personal knowledge.**

*Shaquetta Daughtery*

**SHAQUETTA DAUGHTERY**