## Entertainers Application

| Stage name | Date |
|---|---|
| Dior | Jan 24, 2010 |

| Name (Last,First,Middle) | D.O.B |
|---|---|
| L. Stacey Butler | 5/17/89 |

| Address | Sex |
|---|---|
| 11465 Apt A Barrett's Delight Dr. | M  (F) |

| City,State,Zip | Verified by? PLS initial. |
|---|---|
| Cockeysville, MD | x |

| Type of ID | ID NO. |
|---|---|
|  |  |

| Description:Ht | Weight | Race |
|---|---|---|
|  |  | blk |

| Eye color | Hair color | Other(scars, Marks,Tatoos) |
|---|---|---|
| brown | brown |  |

I certify the above information to be true and correct. I furthermore understand that I am an independent contractor responsible for my own taxes and other witholding, (Worker's comp, FICA, etc.).

Signature _L. Stacey Butler_

Date _____   Phone _202-629-8791_